USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/10/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN GAREY, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>THE WORTH COLLECTION, LTD.,<br><br>      Defendant. | No. 18-cv-10782 (LGS)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between the undersigned attorneys for Plaintiff Kevin Garey and Defendant The Worth Collection, Ltd., that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action shall be dismissed with prejudice, with each party to bear its own costs and expenses.

Dated: May 9, 2019

| | |
|---|---|
| *[signature]*<br>Jonathan Shalom, Esq.<br>SHALOM LAW, PLLC<br>124-04 Metropolitan Avenue<br>Kew Gardens, NY 11415<br>(718) 971-9474<br>Jshalom@JonathanShalomLaw.com<br><br>*Attorneys for Plaintiff*<br>*Kevin Garey* | */s/ Alexander S. Lorenzo*<br>Alexander S. Lorenzo<br>ALSTON & BIRD LLP<br>90 Park Avenue<br>New York, NY 10016<br>(212) 210-9400<br>alexander.lorenzo@alston.com<br><br>*Attorneys for Defendant*<br>*The Worth Collection, Ltd.* |

SO ORDERED.

Dated: May 10, 2019
   New York, New York

*[signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**